| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Brian Nicholas, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>bnicholas@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Midland Funding LLC | Order Filed on September 22, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Antoinne Thompson<br>    Ivonne M. Thompson<br><br>Debtors. | Case No.: <u>19-21814 VFP</u><br><br>Hearing Date: 8/17/2023 @ 10:00 a.m..<br><br>Judge: <u>Vincent F. Papalia</u> |

## CONSENT ORDER RESOLVING OBJECTION TO PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: September 22, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**(Page 2)**
Debtors: Antoinne Thompson & Ivonne M. Thompson
Case No: 19-21814 VFP
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO PROOF OF CLAIM

---

This matter having been brought before the Court by David G. Beslow, Esq., attorney for Debtors, KML Law Group, P.C., upon a motion to object to proof of claim of Midland Funding LLC, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Brian Nicholas, Esq., attorney for Midland Funding LLC and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Midland Funding LLC's Proof of Claim (#10-2) is a valid, allowed unsecured claim; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors' motion to object to the proof of claim is hereby denied.

I hereby agree and consent to the above terms and conditions:

*/s/ Brian Nicholas*
Brian Nicholas, ESQ., ATTORNEY FOR SECURED CREDITOR          Dated: 8/15/2023

I hereby agree and consent to the above terms and conditions:

*/s/ David G. Beslow*
David G. Beslow, ESQ., ATTORNEY FOR DEBTOR          Dated: 8/22/23