UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Brian Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
bnicholas@kmllawgroup.com
Attorneys for Secured Creditor
Midland Funding LLC

Order Filed on September 22, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Antoinne Thompson
    Ivonne M. Thompson

Debtors.

Case No.: 19-21814 VFP

Hearing Date: 8/17/2023 @ 10:00 a.m..

Judge: Vincent F. Papalia

## CONSENT ORDER RESOLVING OBJECTION TO PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: September 22, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtors: Antoinne Thompson & Ivonne M. Thompson
Case No: 19-21814 VFP
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO PROOF OF CLAIM

---

This matter having been brought before the Court by David G. Beslow, Esq., attorney for Debtors, KML Law Group, P.C., upon a motion to object to proof of claim of Midland Funding LLC, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Brian Nicholas, Esq., attorney for Midland Funding LLC and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Midland Funding LLC's Proof of Claim (#10-2) is a valid, allowed unsecured claim; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors' motion to object to the proof of claim is hereby denied.

I hereby agree and consent to the above terms and conditions:

*/s/ Brian Nicholas*
Brian Nicholas, ESQ., ATTORNEY FOR SECURED CREDITOR                Dated: 8/15/2023

I hereby agree and consent to the above terms and conditions:

*/s/ David G. Beslow*
David G. Beslow, ESQ., ATTORNEY FOR DEBTOR                Dated: 8/22/23

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-21814-VFP
Antoinne Thompson  Chapter 13
Ivonne M. Thompson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Sep 22, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antoinne Thompson, Ivonne M. Thompson, 1513 Lindy Terrace, Union, NJ 07083-4723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

**Name**      **Email Address**

David G. Beslow
     on behalf of Joint Debtor Ivonne M. Thompson yrodriguez@goldmanlaw.org
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
     on behalf of Debtor Antoinne Thompson yrodriguez@goldmanlaw.org
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
     on behalf of Creditor Midland Funding LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jason Brett Schwartz
     on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
   magecf@magtrustee.com

Mark Goldman
   on behalf of Debtor Antoinne Thompson yrodriguez@goldmanlaw.org
   yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Mark Goldman
   on behalf of Joint Debtor Ivonne M. Thompson yrodriguez@goldmanlaw.org
   yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8