Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21814−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Antoinne Thompson | Ivonne M. Thompson |
| 1513 Lindy Terrace | 1513 Lindy Terrace |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−8617                                         xxx−xx−4055

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/21/24 at 10:00 AM

to consider and act upon the following:

*114* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/12/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*116* – Certification in Opposition to (related document:114 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/12/2024. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Antoinne Thompson, Ivonne M. Thompson. (Beslow, David)

Dated: 3/13/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court