Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−21814−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Antoinne Thompson
1513 Lindy Terrace
Union, NJ 07083

Ivonne M. Thompson
1513 Lindy Terrace
Union, NJ 07083

Social Security No.:
xxx−xx−8617

xxx−xx−4055

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 8, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 8, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-21814-VFP
Antoinne Thompson  Chapter 13
Ivonne M. Thompson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Jul 08, 2024      Form ID: 148      Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Antoinne Thompson, Ivonne M. Thompson, 1513 Lindy Terrace, Union, NJ 07083-4723 |
| 518300151 | + | BB&B/CBSD, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518300163 | + | Capital One, Po Box 965005, Orlando, FL 32896-5005 |
| 518300171 | + | Memorial Sloan Kettering Cancer Ctr, MSKCC Patient Account, P.O. Box 21700, New York, NY 10087-0001 |
| 518319360 | + | Township of Union, Tax Collector's Office, 1976 Morris Ave, Union NJ 07083-3597 |
| 518300186 | + | Union Township, Tax Collector, 1976 Morris Avenue, Union, NJ 07083-3597 |
| 518300191 | + | Verizon Fios, c/o Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jul 09 2024 00:34:00 | BMW Bank of North America Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jul 09 2024 00:34:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518346762 | | Email/PDF: bncnotices@becket-lee.com | Jul 08 2024 21:05:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518300145 | + | Email/PDF: bncnotices@becket-lee.com | Jul 08 2024 21:05:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518300147 | + | Email/PDF: bncnotices@becket-lee.com | Jul 08 2024 21:05:25 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518300146 | ^ | MEBN | Jul 08 2024 20:43:31 | Amex, c/o Apothaker Scian, 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 518379487 | + | EDI: BMW.COM | Jul 09 2024 00:34:00 | BMW Bank of North America, PO Box 9488, Salt Lake City, UT 84109-0488 |
| 518308575 | + | EDI: AISACG.COM | Jul 09 2024 00:34:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518329918 | | EDI: BMW.COM | Jul 09 2024 00:34:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 518300155 | EDI: BMW.COM | Jul 09 2024 00:34:00 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518300158 | EDI: BMW.COM | Jul 09 2024 00:34:00 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 518300150 | + EDI: TSYS2 | Jul 09 2024 00:34:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518300149 | + EDI: PRA.COM | Jul 09 2024 00:34:00 | Barclays Bank Delaware, c/o Portfolio Recovery, LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 518300153 | + EDI: BMW.COM | Jul 09 2024 00:34:00 | Bmw Bank Of North Amer, 2735 E Parleys Way, Salt Lake City, UT 84109-1666 |
| 518300152 | + EDI: BMW.COM | Jul 09 2024 00:34:00 | Bmw Bank Of North Amer, 1400 City View Drive, Columbus, OH 43215-1477 |
| 518300154 | + EDI: BMW.COM | Jul 09 2024 00:34:00 | Bmw Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| 518300162 | + EDI: CAPITALONE.COM | Jul 09 2024 00:34:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518300164 | + Email/Text: ClericalSupport@tenagliahunt.com | Jul 08 2024 20:44:00 | Citibank/Brooks Brothers, c/o Tenaglia & Hunt, P.A., 395 W. Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518300165 | + Email/Text: ClericalSupport@tenagliahunt.com | Jul 08 2024 20:44:00 | Citibank/Sears, c/o Tenaglia & Hunt, P.A., 395 W. Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518300166 | + Email/Text: reports@halstedfinancial.com | Jul 08 2024 20:44:00 | Credit One Bank, c/o Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076-0828 |
| 518300167 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2024 20:54:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518322141 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2024 20:54:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518300170 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2024 20:54:08 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518300169 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2024 20:54:39 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518300168 | EDI: SYNC | Jul 09 2024 00:34:00 | Lowe's, PO Box 960010, Orlando, FL 32896-0010 |
| 518300173 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2024 20:45:00 | Midland Funding, 350 Camino De La Reina S, San Diego, CA 92108-3007 |
| 518300172 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2024 20:45:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518408093 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2024 20:45:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518300176 | EDI: PRA.COM | Jul 09 2024 00:34:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518300174 | EDI: PRA.COM | Jul 09 2024 00:34:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518415608 | EDI: PRA.COM | Jul 09 2024 00:34:00 | Portfolio Recovery Associates, LLC, C/O Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518417566 | EDI: PRA.COM | Jul 09 2024 00:34:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518415635 | EDI: PRA.COM | Jul 09 2024 00:34:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |

Case 19-21814-VFP    Doc 124    Filed 07/10/24    Entered 07/11/24 00:17:36    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: 148 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518300179 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank, Po Box 965024, Orlando, FL 32896-5024 |
| 518300178 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518302244 | ^ | MEBN | Jul 08 2024 20:45:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518300180 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518300181 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518300183 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518300182 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518300184 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518300185 | + | EDI: SYNC | Jul 09 2024 00:34:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518401422 | + | EDI: AIS.COM | Jul 09 2024 00:34:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518300187 | + | EDI: VERIZONCOMB.COM | Jul 09 2024 00:34:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 518300188 | + | EDI: VERIZONCOMB.COM | Jul 09 2024 00:34:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 518300192 | + | Email/Text: bknotices@mbandw.com | Jul 08 2024 20:45:00 | Verizon Wireless, c/o McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 518300194 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 08 2024 20:45:00 | Volkswagen Credit, Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |
| 518300193 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 08 2024 20:45:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518300148 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518300156 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518300157 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518300159 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 518300160 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 518300161 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 518300177 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518300175 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518300189 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 518300190 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: 148 | Total Noticed: 57 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024                                  Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

**Name**            **Email Address**

David G. Beslow
on behalf of Joint Debtor Ivonne M. Thompson yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
on behalf of Debtor Antoinne Thompson yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
on behalf of Creditor Midland Funding LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jason Brett Schwartz
on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
magecf@magtrustee.com

Mark Goldman
on behalf of Debtor Antoinne Thompson yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Mark Goldman
on behalf of Joint Debtor Ivonne M. Thompson yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8