Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−21814−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Antoinne Thompson<br>1513 Lindy Terrace<br>Union, NJ 07083 | Ivonne M. Thompson<br>1513 Lindy Terrace<br>Union, NJ 07083 |

Social Security No.:
  xxx−xx−8617                                                     xxx−xx−4055

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 22, 2024</u>         <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court